UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No.3:19-CR-76 |
| V. | ) | (REEVES/POPLIN) |
| | ) | |
| | ) | |
| MARISOL PEREZ HERNANDEZ | ) | |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

The defendant appeared before the undersigned for an arraignment hearing on indictment and a previously scheduled detention hearing. Assistant United States Attorney Brent Jones was present representing the government. Attorney Mike Whalen was present on behalf of the Defendant. Counsel for the defendant requested additional time for the detention hearing in this matter. The Court reset the detention hearing before the Honorable Debra C. Poplin, United States Magistrate Judge for **Tuesday, May 31, 2019,** at **1:30 p.m.** The defendant acknowledged and agreed that she would remain in detention. The defendant shall be held in custody by the United States Marshal until the detention hearing, and produced for the above scheduled hearing.

ENTER:

         s/ Debra C. Poplin
Debra C. Poplin
UNITED STATES MAGISTRATE JUDGE